UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-22304-CIV-COOKE/TURNOFF

EXHIBIT

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22304-CIV-COOKE/TURNOFF

AMERIJET INTERNATIONAL, INC.,

    Plaintiff,

v.

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.

_____/

### AMERIJET'S RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS

Plaintiff Amerijet International, Inc. ("Amerijet") hereby submits, pursuant to Rule 36 of the Federal Rules of Civil Procedure, its timely response to the Requests for Admissions from Defendant Miami-Dade County (the "County"), as follows.

### Request for Admission No. 1:

Please admit that Plaintiff did not pay fees to the Defendant County (or Miami-Dade Aviation) for the revenue Plaintiff received from the services alleged in paragraph 15 of the First Amended Complaint.

### Response:

Amerijet denies Request for Admission no. 1. All required fees to the County were paid for the services alleged in paragraph 15 of the First Amended Complaint.

Dated:  September 3, 2013.

        Respectfully submitted,

        AMERIJET INTERNATIONAL, INC.
        JOAN CANNY, ESQ.
        Fla. Bar No. 0492531
        jcanny@amerijet.com
        2800 South Andrews Avenue
        Fort Lauderdale, FL  33316
        Telephone:   (954) 320-5367
        Facsimile:    (305) 423-3246

        By: *[signature: Joan Canny]*
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I personally served the foregoing document on Assistant County Attorney Eric A. Rodriguez, counsel for Defendant, via electronic transmission this 3d day of September, 2013.

        *[signature: Joan Canny]*
        Joan Canny